UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



ZEBEDEE MILBY
Plainitff  Pro Se
OFFICE OF THE Federal Registrar
Electorial College Director, et.al.,
Notice of Appeal

CIVIL ACTION NO.3:17cv590

Notice is hereby given that ZEBEDEE MILBY, plaintiff Pro Se, and in forma pauperis hereby appeals to the United States Court of Appeals for the Fourth Circuit from the ORDER/MEMORANDUM of 10/06/17 by U.S.District Judge Lauck.

THIS 19th DAY OF October 19, 2017

s/ ZEBEDEE MILBY (PLAINTIFF)

P.O.Box 978

Richmond, Va 23218

# CERTIFICATE OF SERVICE

I, ZEBEDEE Milby, plaintiff Pro se Re: U.S. District Case No. 3:17cv590 do hereby attest that a (copy) of this Notice of Appeal (informaa pauperis) was mailed (via U.S. Mail postage paid to the parties Listed below:

this 19th Day of October 2017

1) Office of the Federal Registrar
Electoral College Directors
700 Pennsylvania Ave N.W.
Washington, D.C. 20408

ZEBEDEE Milby @plaintiff pro se
P.O. Box 978
Richmond Va 23218

2) United States Department of Justice
U.S. Attorney General: Jeff Sessions
950 Pennsylvania 20530

3) United States Attorney
for the Eastern District of Virginia
Suntrust Bldg. 919 East Main St.
Richmond Va 23219