IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Case No. 3:17 cv 590

ZEBEDEE Milby

    Plaintiff

vs.

OFFICE OF THE FEDERAL
REGISTRAR,

    Defendants

RENEWED MOTION FOR RELIEF FROM/ARREST OF JUDGMENT FRCP 60(b)

FILED JUN 20 2018 CLERK, U.S. DISTRICT COURT RICHMOND, VA

COMES NOW ZEBEDEE Milby, Plaintiff Pro se, hereby Renewing his Motion For Relief from/Arrest of Judgment, according U.S. District Court judge M. Hannah, and U.S. District Court clerk leave to Rescind and correct their unlawful actions/inactions and make straight the way of Justice as Mandated by Federal Rules of Civil procedure as well as constitutional procedural Requisites.

I. that a candid Review of all Motion(s) associated herewith undoubtedly Reveal a prima facie case of Repeated judicial tyranny sua sponte and crucifiction of this pro se plaintiff's fundamental procedural Rights without justification

II. that said actions/inactions further give Rise to Reflect a Repeated willingness mens Rea of judicial impropriety governed by what appears to be a spirit of conscious obstruction, disobediance and abuse of discretion by Judge Hannah & the clerk of court, that clearly violate the spirit and letter of law and constitutionality in such a manner so as to Necessitate Recusal and Re-assignment Re-hearing of this matter per Mandated due process proceedings.

III. that in light of the foregoing this plaintiff Renews Motion(s) for same, and Relief/Arrest of Judgment in Re: Judge Hannah's Final Order of 5/31/18, so Moved and RENEWED.

IV. that for the sake of brevity and to avoid unnecessary repetition, plaintiff directs this court's attention to the subject matter of the following motion(s) of Record: attached hereto and incorporated by reference as Exhibit(s) A & B.
 1). NOTICE OF ADMONISHMENT - March 7, 2018
 2). MOTION FOR RELIEF FROM JUDGMENT - May 29, 2018

V. that circumstances of this matter further expose a ploy to completly side-step and obstruct review of this plaintiff's constitutional challenge, and on one hand utilize legal particulars of Federal Rules of Civil Procedure as the bases to dismiss this case; while on the other hand completely ignoring the very same FRCP Rules giving rise as to what must be done with respect to a clearly defined constitutional challenge as before the court.

WHEREFORE it is an evil day for American liberty if the arbitrary conduct of court officials outside supreme law and Rules (as herein) finds lodgment in our constitutional jurisprudence. No higher duty Rests upon this court than to exert it's full authority to prevent all violations of the principles of the constitution and Rule of law. Downes vs. Bidwell, 182 U.S. 244 (1901).

In light of the foregoing this plaintiff is entitled to the Relief requested as a matter of LAW

Respectfully submitted

this 20th day of June 2018

I AM  /s/  Plaintiff Pro se
ZEBEDEE MILBY