In the United States District Court
for the Eastern District of Virginia
Richmond Division
Case No. # 3:17 cv 590

FILED
OCT 30 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ZEBEDEE Milby,
    Plaintiff,

vs.

Office of the Federal Registrar, et al.,
    Defendants

Notice of Appeal

Notice is hereby given that, ZEBEDEE Milby, Plaintiff in the above captioned case hereby appeals the Memorandum/Order of the United States District Court Richmond Division Eastern District of Virginia dated 10/12/18 by Judge M. Hannah Lauck, to the United States Court of Appeals for the Fourth Circuit Richmond, Virginia. in-Re: U.S. District Court No. 3:17 cv 590.

Plaintiff further moves to be allowed to proceed in Forma Pauperis, per District Court's Poverty declaration (Docket entry #1).

this 30th Day of October 2018

I AM

Zebedee Milby, Plaintiff
                    pro se
P.O. Box 978
Richmond, Va. 23218